UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1331(JMR/SRN)

| | | |
|---|---|---|
| JELMA Inc. et al | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Commandeur of Minnesota, LLC | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: March 18, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

MAR 1 9 2002