# United States District Court
# District of Minnesota

Jelma, Inc., d/b/a Madison Shoppers and
Gary's Wine and Marketplace

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No 01-1332JMR/SRN

Commandeur of Minnesota, L.L.C.

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of $12,710 plus attorneys fees and costs associated with said default.

RICHARD D. SLETTEN, CLERK

DATED: June 17, 2002

By Denise LaFond
Denise LaFond, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 12,710.00 |
| **TOTAL JUDGMENT** | $ 12,710.00 |